BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
PACIFIC MARITIME SERVICES LTD.
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PACIFIC MARITIME SERVICES LTD.,   08 Civ. 1483 (LAP)

          Plaintiff,   **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

   -against-

UNIPEARL LIMITED,

          Defendant.
------------------------------------------------------------X

     PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, PACIFIC MARITIME SERVICES LTD., hereby dismisses this action with prejudice and without costs to either party.

Dated: March 7, 2008
       New York, New York

                                        BROWN GAVALAS & FROMM LLP
                                        Attorneys for Plaintiff
                                        PACIFIC MARITIME SERVICES LTD.

                  By:
                                        Peter Skoufalos (PS-0105)
                                        355 Lexington Avenue
                                        New York, New York 10017
                                        (212) 983-8500 – phone
                                        (212) 983-5946 – fax