Preska,

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
PACIFIC MARITIME SERVICES LTD.
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PACIFIC MARITIME SERVICES LTD.,

                Plaintiff,

   -against-

UNIPEARL LIMITED,

                Defendant.
-------------------------------------------------------X

08 Civ. 1483 (LAP)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, PACIFIC MARITIME SERVICES LTD., hereby dismisses this action with prejudice and without costs to either party.

Dated: March 7, 2008
      New York, New York

                            BROWN GAVALAS & FROMM LLP
                            Attorneys for Plaintiff
                            PACIFIC MARITIME SERVICES LTD.

                By: _____
                      Peter Skoufalos (PS-0105)
                      355 Lexington Avenue
                      New York, New York 10017
                      (212) 983-8500 – phone
                      (212) 983-5946 – fax

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

*March 13, 2008*                                    *Loretta A. Preska*